JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT HILLIGAS, | ) | Case No.  2:16-CV-01382-CKD |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to February 4, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to workload issues.  Plaintiff's counsel has four briefs due on the same day.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 22, 2016        JACQUELINE A. FORSLUND
                               Attorney at Law


                               */s/Jacqueline A. Forslund*
                               JACQUELINE A. FORSLUND

                               Attorney for Plaintiff


Date:  December 23, 2016       PHILIP A. TALBERT
                               United States Attorney
                               DEBORAH STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               */s/Marla Letellier for Jennifer Lee Tarn*
                               JENNIFER LEE TARN
                               Special Assistant United States Attorney
                               *By email authorization

                               Attorney for Defendant


                                          ORDER

APPROVED AND SO ORDERED


Dated:  January 4, 2017
                               _____
                               CAROLYN K. DELANEY
                               UNITED STATES MAGISTRATE JUDGE

**Hilligas v. Colvin**          **Stipulation and Proposed Order**       **E.D. Cal. 2:16-cv-01382-CKD**