JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT HILLIGAS, | ) | Case No.  2:16-CV-01382-CKD |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGEMENT** |
| NANCY A. BERRYHILL[1], | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 7 Days to March 15, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's third request for an extension.  It is requested due to Plaintiff's counsel's having experienced an illness in February that put her behind in her briefing schedule.  Plaintiff's counsel apologizes for the delay and assures the Court that there will be no further delays.

---

1  Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Hilligas v. Berryhill**	Stipulation and Proposed Order	E.D. Cal. 2:16-cv-01382-CKD

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 7, 2017               JACQUELINE A. FORSLUND
                                  Attorney at Law


                                  */s/Jacqueline A. Forslund*
                                  JACQUELINE A. FORSLUND

                                  Attorney for Plaintiff


Date:  March 7, 2017              PHILIP A. TALBERT
                                  United States Attorney
                                  DEBORAH STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  */s/Gina Tomaselli for Jennifer Lee Tarn*
                                  JENNIFER LEE TARN
                                  Special Assistant United States Attorney
                                  *By email authorization

                                  Attorney for Defendant


                                         ORDER

APPROVED AND SO ORDERED

Dated:  March 9, 2017

                                  _____
                                  CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE

**Hilligas v. Berryhill**          **Stipulation and Proposed Order**          **E.D. Cal. 2:16-cv-01382-CKD**