PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.Tarn@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ROBERT HILLIGAS, | Case No. 2:16-cv-01382-CKD |
|     Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED, by and between Robert Hilligas (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her response to Plaintiff's opening brief. The current due date is April 14, 2017. The new date will be May 15, 2017. An extension of time is needed because the attorney responsible for briefing this case is still recovering from surgery.

    This is the first extension of time request by Defendant in the above-captioned matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. This request is made in good faith with no intention to unduly delay the proceedings.

- 1 -

| | | |
|---|---|---|
| Date: April 5, 2017 | | Respectfully submitted, |
| | | By: */s/ Jacqueline Anna Forslund*\* |
| | | **Jacqueline Anna Forslund** |
| | | Forslund Law LLC |
| | | |
| | | Attorney for Plaintiff |
| | | (*As authorized by e-mail on April 4, 2017) |
| | | |
| Date: April 5, 2017 | | PHILLIP A. TALBERT |
| | | United States Attorney |
| | | |
| | | */s/ Jennifer Lee Tarn* |
| | | JENNIFER LEE TARN |
| | | Special Assistant United States Attorney |
| | | |
| | | Attorneys for Defendant |

OF COUNSEL:
GINA TOMASELLI
Assistant Regional Counsel

## **ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE MAY 15, 2017. ANY REPLY THERETO SHALL BE FILED ON OR BEFORE JUNE 5, 2017.

Dated: April 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE